**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIE KEVIN WILLIAMS (#173816),** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:21-cv-467-TFM-B** |
| | ) | |
| **STATE OF ALABAMA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On February 1, 2022, the Magistrate Judge entered a Report and Recommendation which recommends that Petitioner Willie Kevin Williams' petition for habeas corpus be dismissed without prejudice for lack of jurisdiction due to his failure to comply with 28 U.S.C. § 2244(b)(3)(A). *See* Doc. 11. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Accordingly it is **ORDERED** that this action be **DISMISSED without prejudice**. The Court further finds that Williams is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 24th day of March, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE